UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE BRYANT

: Civil Action No. 1:20-CV-06933-CM

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

## MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S NOTICE OF APPLICATION TO REOPEN CASE

PLEASE TAKE NOTICE, that upon the affirmation of Kenneth Hiller, Esq., Plaintiff seeks an order granting an extension of time *nunc pro tunc* to file Plaintiff's Notice of Application to Reopen Case. It is Plaintiff's intention to file the Notice of Application to Reopen Case by February 12, 2021 with permission of this Court. This motion is made with consent of opposing counsel.

Dated: February 5, 2021

MEMO ENDORSED
2/8/21
OK

/s/Kenneth Hiller
Kenneth Hiller, Esq.
Law Office of Kenneth R. Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Email:khiller@kennethhiller.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 2/8/21