UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE BRYANT,<br><br>                              Plaintiff,<br><br>           -v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | CIVIL CASE NO. 20 Civ. 6933 (MKV) (SLC)<br><br>**ORDER OF SERVICE** |

SARAH L. CAVE, **United States Magistrate Judge**:

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process … in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). To allow Plaintiff to effect service on Defendant Commissioner of Social Security through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for the defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

Dated:     New York, New York
           April 9, 2021                                              SO ORDERED

                                                                    *Sarah L. Cave*
                                                                    SARAH L. CAVE
                                                                    United States Magistrate Judge

**Defendant and Service Address**

Commissioner of Social security
c/o Office of the Regional Chief Counsel, Region II Social Security Administration
26 Federal Plaza, Room 3904
New York, New York, 10278-0004