UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE BRYANT,<br><br>                    Plaintiff,<br><br>     -v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CIVIL CASE NO. 20 Civ. 6933 (MKV) (SLC)<br><br>**ORDER** |

SARAH L. CAVE, **United States Magistrate Judge**:

    A summons has been issued to Plaintiff's counsel for Defendant Commissioner of Social Security.  (ECF No. 14).  Accordingly, the Court's Order of Service (ECF No. 13) is VACATED.

Dated:    New York, New York
            April 13, 2021                         SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge