UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE BRYANT,<br><br>                              Plaintiff,<br><br>       -v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | CIVIL CASE NO. 20 Civ. 6933 (MKV) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, **United States Magistrate Judge**:

According to a Proof of Service filed on September 3, 2021, Defendant Commissioner of Social Security was served on September 3, 2021.  (ECF No. 16).  Under the Southern District's Standing Order M10-468, the Commissioner's deadline to file the certified administrative record ("CAR") was 90 days after service, or **Thursday, December 2, 2021**.  The Commissioner has neither filed the CAR nor requested an extension of the deadline to do so.  Accordingly, as a courtesy, the Court extends the Commissioner's deadline to file the CAR, nunc pro tunc, until **Wednesday, December 22, 2021**.

Dated:     New York, New York
           December 17, 2021                          SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge