**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RENEE BRYANT,

                          Plaintiff,                      20 **CIVIL** 6933 (MKV)

      -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 6, 2022, Magistrate Judge Cave's Report and Recommendation is ADOPTED in its entirety. Bryant's motion is denied, and the Commissioner's motion is granted; accordingly, the case is closed.

**Dated:**  New York, New York
      December 7, 2022

                                          **RUBY J. KRAJICK**

                                _____
                                   **Clerk of Court**

                **BY:**      *K. Mango*

                                _____
                                   **Deputy Clerk**